AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)*<br>v.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> PellePharm, Inc.
> c/o CORPORATION SERVICE COMPANY
> Registered Agent
> 251 LITTLE FALLS DRIVE
> WILMINGTON, DE, 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market St., 17th Floor<br>Wilmington, DE 19801<br>Email: ljones@psjlaw.com<br>           pkeane@pszjlaw.com | Dentons US LLP<br>Roger K. Heidenreich<br>Michael E. Harris<br>One Metropolitan Square, Suite 3000<br>St. Louis, MO 63102<br>Email: roger.heidenreich@dentons.com<br>           michael.harriss@dentons.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  PellePharm, Inc.
was received by me on *(date)*  12/14/2022  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Corporation Service Company  , who is
designated by law to accept service of process on behalf of *(name of organization)*
PellePharm, Inc.  on *(date)*  12/15/2022  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/15/2022

*Server's signature*

Betty Nowland-Hurlock - Courier
*Printed name and title*

1007 North Orange Street, Suite 110
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc: